```
                            United States Bankruptcy Court
                            Northern District of Alabama
In re:                                                              Case No. 10-05646-TBB
Durand Henderson                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 1126-2           User: rharless              Page 1 of 3            Date Rcvd: Jun 11, 2013
                               Form ID: van122             Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2013.
```
db        +Durand Henderson,    3128 Berkley Avenue,    Bessemer, AL 35020-3763
cr        +CENLAR, FSB,   c/o McCALLA RAYMER, LLC,    Bankruptcy Department,    1544 Old Alabama Road,
            Roswell, GA 30076-2102
cr        +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
            Tucson, AZ 85712-1083
cr        +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
            Tucson, AZ 85712-1083
cr        +PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
6783482   +CENLAR, FSB,    Bankruptcy Department,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
7654108   +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
7483723   +Capital One, N.A,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
            Tucson, AZ 85712-1083
6623358    Citi Financial Mortgage,    ATTN: Bankruptcy Dept.,    PO Box 140489,    Irving, TX 75014-0489
6669601   +Credit Central,    700 E North Street,    Suite 15,    Greenville, SC 29601-3013
6623359   +Credit Central Loan and Tax Service,    536 West Town Plaza,    Bessemer, AL 35020-5346
6623360    Direct Merchants,    Cardmember Services,    PO Box 5250,    Carol Stream, IL 60197-5250
6686482   +Easy Money Cash Centers,    724 23rd Street South,    Birmingham, AL 35233
6623361   +Ford Finance Co.,    1500 3rd Ave. W.,,    PO Drawer 3990,    Birmingham, AL 35208-0990
6675990   +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
            Norfolk VA 23541-0907
6672670   +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
            Tucson, AZ 85712-1083
6623364   +MGC Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
7836596   +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
6703332   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
            Norfolk VA 23541-1067
6623365    Rural Metro of Central Alabma,    5752 Kopetsky Drive Suite B,    Indianapolis, IN 46217
6623366    Sears,   PO Box 6283,    Sioux Falls, SD 57117-6283
6623367   +St. Vincent's Birmingham,    c/o RMB Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
6623368    St. Vincent's Health System,    PO Box 148240,    Nashville, TN 37214-8240
6623369    UAB Health System,    PO Box 11407,    Birmingham, AL 35246-0479
6623370    Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
6634722   +Wells Fargo Bank, N.A.,    4137 121st Street,    Urbandale, IA 50323-2310
6630024   +Wells Fargo Bank, N.A.,    13675 Technology Drive, Bldg. C, 2nd Flo,    Eden Prairie, MN 55344-5007
6623371    Wells Fargo Financial Cards,    PO Box 5943,    Sioux Falls, SD 57117-5943
6764862    eCAST Settlement Corporation, assignee,    of CitiFinancial, Inc.,    POB 29262,
            New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6623355     E-mail/Text: g17768@att.com Jun 11 2013 19:20:25      AT&T,   PO Box 105503,
            Atlanta, GA 30348-5503
6775603    +E-mail/Text: g17768@att.com Jun 11 2013 19:20:25      AT&T Services Inc.,    James Grudus, Esq.,
            One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
6623357     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 19:32:50      Chevron,    ATTN: Bankruptcy Dept.,
            PO Box 981430,    El Paso, TX 79998-1430
6623362    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 19:32:50      Lowes,    c/o GE Money Bank,
            ATTN: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
6623363     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 19:28:52      Men's Wearhouse/GEMB,
            PO Box 530942,    Atlanta, Ga 30353-0942
6623354     E-mail/PDF: cbp@slfs.com Jun 11 2013 19:34:02      American General Financial Services,
            of Alabama, Inc.,    700 Academy Drive Suite 100,    Bessemer, AL 35022-5218
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6783554*   +CENLAR, FSB,    Bankruptcy Department,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
6623356    ##Best Buy,   PO Box 15521,    Wilmington, DE 19850-5521
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Case 10-05646-TBB13    Doc 57    Filed 06/13/13    Entered 06/14/13 00:45:49    Desc
                    Imaged Certificate of Notice    Page 1 of 4

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 13, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2013 at the address(es) listed below:
              D. Sims Crawford    ctmail@ch13bham.com,   scrawford13@ecf.epiqsystems.com
              Daisy M. Holder    on behalf of Debtor Durand  Henderson holderesq@aol.com
              Karen A Maxcy    on behalf of Creditor   CENLAR FSB, SERVICING AGENT FOR LLP MORTGAGE LTD
               ECFBKAL@jflegal.com,   kmaxcy@jflegal.com
              Karen A Maxcy    on behalf of Creditor   CENLAR, FSB ECFBKAL@jflegal.com,   kmaxcy@jflegal.com
              Karen A Maxcy    on behalf of Creditor   CENLAR FSB ECFBKAL@jflegal.com,   kmaxcy@jflegal.com
              Michael  McCormick    on behalf of Creditor   CENLAR FSB bkmail@prommis.com,   mjm@mccallaraymer.com
                                                                                             TOTAL: 6
```

Van–122 [TMD Order] (Rev. 11/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

In re:                                                                          **Case No.** 10–05646–TBB13
Durand Henderson                                          **Chapter** 13
**SSN:** xxx–xx–0502

**Debtor(s)**

## ORDER

This matter came before the Court on **6/11/2013** for a hearing on the **Chapter 13 Trustee's Motion to Dismiss.**

It is **ORDERED, ADJUDGED, and DECREED** that:

☑ Trustee's Motion to Dismiss is **DENIED.**

☐ Case is **CONVERTED** to Chapter 7 on Debtor's Notice of Conversion.

☐ Trustee's **WITHDRAWAL** of Motion to Dismiss is **ACCEPTED.**

☐ Trustee's Motion to Dismiss is **CONDITIONALLY DENIED,** pending compliance by the Debtor with these requirements.

    1.    The Debtor shall cause a full plan payment to be received in the Trustee's office before 4:00 p.m. on and,

    2.    The Debtor shall cause all plan payments due during the next 12 months to be received in the full amounts due in the Trustee's office before 4:00 p.m. on the dates due and on or before the day of each month thereafter. If the Debtor fails to satisfy these conditions, the Trustee may file a Notice of Continuing Default with the Court, with copies to the Debtor and Debtor's attorney, after which the Court may GRANT the Trustee's Motion to Dismiss and may DISMISS the case without further notice or hearing.

☐ Trustee shall send a **DIRECTION FOR DEDUCTION.**

☑ Plan payments are **MODIFIED** to $ **670.00 biweekly**

☐ **OTHER:**


Dated:   June 11, 2013                                          /s/  Thomas B Bennett
                                                                      United States Bankruptcy Judge

rwh